UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-cr-162(HHK) |
| | : | |
| v. | : | |
| | : | |
| NICHOLAS PROCTOR | : | |
| | : | |
| Defendant | : | |

## INFORMATION TO ESTABLISH PRIOR CONVICTION FOR FELONY DRUG OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, pursuant to 21 U.S.C. § 851, respectfully files this information to establish that the defendant, Nicholas Proctor, has the following prior conviction for a felony drug offense:

Charge:   Attempted Possession with Intent to Distribute Cocaine
Case:     District of Columbia Superior Court case number 2004-FEL-005795
Date:     March 16, 2005

Accordingly, in the pending case, the defendant is subject to a **20-year mandatory minimum** sentence upon conviction pursuant to 21 U.S.C. § 841(b)(1)(A), which provides: "If any person commits such a violation after a prior conviction for a felony drug offense has become final, such person shall be sentenced to a term of imprisonment which may not be lessthan 20 years..."

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

By:   _____/s/_____
      OPHER SHWEIKI
      Assistant United States Attorney
      Bar No. 458776
      Federal Major Crimes Section
      555 4th Street, N.W.
      Washington, D.C. 20530
      (202) 353-8822
      Opher.Shweiki@usdoj.gov